AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-6320-JCS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* __Financial Recovery Services, Inc.__ was received by me on *(date)* __September 10, 2020__ .

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* __Brian C. Bowers, CEO__ , who is designated by law to accept service of process on behalf of *(name of organization)* __Financial Recovery Services, Inc.__ on *(date)* __Sept. 11, 2020__ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*

My fees are $ _____ for travel and $ __85.00__ for services, for a total of $ ~~0.00~~ 85.00 .

I declare under penalty of perjury that this information is true.

Date: __9/14/2020__

*Christine A. Heuer* (signature)

*Server's signature*

Christine A. Heuer, Process Server

*Printed name and title*

Legal Process Minnesota, LLC
211 Douglas Dr., Glencoe, MN 55336
1-800-864-7612

*Server's address*

Additional information regarding attempted service, etc: