**BARSHAY SANDERS, PLLC**
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel Werzberger,<br><br>    Plaintiff,<br><br>-against-<br><br>Financial Recovery Services, Inc.,<br><br>    Defendant. | **Case No. 4:20-cv-06320-JSW**<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL (FRCP 41(a)(1)(A)(ii))**<br><br>Judge: Hon. Jeffrey Steven White<br>Complaint Filed: September 8, 2020 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *with prejudice* with each side to bear its own attorney's fees and costs.

//
//
//
//
//
//
//

SO STIPULATED

DATED: December 14, 2020

                **BARSHAY SANDERS, PLLC**

                By: */s Craig B. Sanders*
                Craig B. Sanders, Esq.
                100 Garden City Plaza, Suite 500
                Garden City, New York 11530
                Tel: (516) 203-7600
                Fax: (516) 706-5055
                *Attorneys for Plaintiff*

                **KLINEDINST PC**

                By: */s Christopher D. Holt*
                Christopher D. Holt, Esq.
                2 Park Plaza, Suite 1250
                Irvine, CA 92614
                Tel: (714) 542-1800
                *Attorneys for Defendant*

    I, Craig B. Sanders, am the filer of the foregoing Joint Motion, and hereby certify that pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated:   December 14, 2020

                **BARSHAY SANDERS, PLLC**
                */s  Craig B. Sanders*
                Craig B. Sanders, Esq.
                *Attorneys for Plaintiff*